IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SMITH, ET AL,<br><br>    Defendants.<br>_____/ | No. CR 00-00645 CRB<br><br>**ORDER FOR ISSUANCE OF BENCH WARRANT** |

    The clerk is hereby ordered to issue a bench warrant for Andrew Hill Smith for violation of supervised release (18:3583).  <u>See</u> dkt. 169.

**IT IS SO ORDERED.**

Dated: August 5, 2011

                                          CHARLES R. BREYER<br>                                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2000\645\order re bench warrant.wpd